IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE H GOMEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> D L RUNNELS, Warden, ) <br> ) <br> Respondent. ) <br> ) | No C 04-0819 VRW (PR) <br><br> ORDER DENYING <br> CERTIFICATE OF <br> APPEALABILITY <br><br> (Doc # 22) |

Petitioner has filed a notice of appeal and request for a certificate of appealability pursuant to 28 USC § 2253(c) and Federal Rule of Appellate Procedure 22(b). A certificate of appealability (doc # 22) is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 USC § 2253(c)(2). Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v McDaniel, 529 US 473, 484 (2000).

The clerk shall forward to the court of appeals the case file with this order. See United States v Asrar, 116 F3d 1268, 1270 (9th Cir 1997).

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge